IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JUSTIN LYNN
ADC #142837                                                                    PLAINTIFF

V.                          4:09-cv-00518-BSM-JJV

PULASKI COUNTY, ARKANSAS; *et al.*                                   DEFENDANTS

## ORDER

The court has reviewed the recommended disposition submitted by Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully reviewing the recommended disposition and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending motions are denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting these recommendations would not be taken in good faith.

IT IS ORDERED this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE