IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JUSTIN LYNN
ADC #142837                                                                    PLAINTIFF

V.                          4:09-cv-00518-BSM-JJV

PULASKI COUNTY, ARKANSAS; *et al.*                          DEFENDANTS

## JUDGMENT

Consistent with the order entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE